**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRIAN NICHOLS and WANDA NICHOLS  PLAINTIFFS

v.   NO. 3:11CV00101 JLH

BNSF RAILWAY COMPANY;
and CHRISTOPHER A. AVERY   DEFENDANTS

## ORDER

Presently before the Court is the Motion for Continuance filed by defendant BNSF Railway Company. Document #7. Without objection, the motion is granted and the trial of this matter previously set for the week of April 30, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 23rd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE