## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRIAN NICHOLS and                                                                                       PLAINTIFFS
WANDA NICHOLS, Husband and Wife

v.                                              No. 3:11CV00101 JLH

BNSF RAILWAY COMPANY, d/b/a THE
BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY; and
CHRISTOPHER A. AVERY                                                                           DEFENDANTS

### ORDER

Without objection, the motion to dismiss Christopher A. Avery is GRANTED. Document #11. The plaintiffs' complaint against Christopher A. Avery is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE