**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BRIAN NICHOLS and                                                                          PLAINTIFFS
WANDA NICHOLS, Husband and Wife

v.                                              No. 3:11CV00101 JLH

BNSF RAILWAY COMPANY d/b/a Burlington
Northern and Santa Fe Railway Company                                      DEFENDANT

## ORDER

BNSF Railway Company has filed a motion for partial summary judgment. That motion is supported by documents reportedly from the files of the Arkansas State Highway Department. They are not, however, certified, nor is there an affidavit of authenticity. The plaintiffs have objected that the documents have not been authenticated. Although the defendant argues that the documents need not be authenticated at this stage of the proceeding, to make sure that there is no doubt as to whether the documents are what they purport to be, the Court will defer ruling on the motion for partial summary judgment until the defendant has obtained certified copies or an affidavit of authenticity from the custodian of records or other proper person and made either the certified copies or the affidavit of authenticity a part of the record. After that has occurred, the Court will rule on the motion for partial summary judgment.

IT IS SO ORDERED this 13th day of July, 2012.

_J. Leon Holmes_

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE