# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRIAN NICHOLS and WANDA NICHOLS                                                PLAINTIFFS

v.                                        NO. 3:11CV00101 JLH

BNSF RAILWAY COMPANY                                                            DEFENDANT

## ORDER

This case was previously dismissed on August 6, 2012, due to a settlement between the parties. The Court retained complete jurisdiction for an additional thirty days. The parties have now requested that the Court retain jurisdiction for an additional fifteen days. The request is granted. The Court's jurisdiction is hereby extended up to, and including, September 16, 2012.

IT IS SO ORDERED this 23rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE